IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN THOMAS MOORE, | ) | |
| Plaintiff, | ) | 2:14cv870 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | Judge David Stewart Cercone/ |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| BRIAN LUFFEY *PrimeCare* | ) | |
| *Administrator*; PRIMECARE | ) | Re: ECF Nos. 21, 23 |
| MEDICAL, INC.; SUSEN ROSSINO, | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

AND NOW, 1st day of June, 2015, after Plaintiff Shawn Thomas Moore filed an action in the above-captioned case, and after Defendants filed Motion to Dismiss, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until May 18, 2015, to file written objections thereto, and Plaintiff having filed Objections to the Report and Recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which with the exception of footnote one is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motions to Dismiss, ECF Nos. 21, 23, are DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*/s/ David Stewart Cercone*
David Stewart Cercone
United States District Judge

cc:      Honorable Maureen P. Kelly
          Chief United States Magistrate Judge

          Shawn Thomas Moore
          Lawrence County Jail
          111 South Milton Street
          New Castle, PA 16101
          (*Via First Class Mail*)

          John R. Ninosky, Esquire
          Terry C. Cavanaugh, Esquire
          Sean D. Callaghan, Esquire
          (*Via CM/ECF Electronic Mail*)