## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN THOMAS MOORE, | : | NO. 2:14-cv-00870-MPK |
| Plaintiff | : | |
| | : | CIVIL ACTION – LAW |
| v. | : | |
| | : | JUDGE DAVID S. CERCONE |
| SUSEN ROSSINO, M.D; | : | MAG. JUDGE MAUREEN P. KELLY |
| BRIAN LUFFEY; and | : | |
| PRIMECARE MEDICAL INC., | : | *ELECTRONICALLY FILED* |
| Defendants | : | |
| | : | JURY TRIAL DEMANDED |

### DEFENDANTS, BRIAN LUFFEY AND PRIMECARE MEDICAL, INC.'S MOTION TO TERMINATE MATTHEW RIDLEY AS COUNSEL FOR PRIMECARE DEFENDANTS

AND NOW, come Defendants, PrimeCare Medical, Inc. and Brian Luffey (hereinafter referred to collectively as the "Medical Defendants") by and through their attorneys, John A. Lucy, Esquire and Johnson, Duffie, Stewart & Weidner, P.C., who file this Motion to Terminate Matthew Ridley, Esquire as counsel for PrimeCare Defendants.

1. The dockets in the within action indicate PrimeCare Defendants are represented by John A. Lucy of Johnson, Duffie, Stewart & Weidner and Matthew Ridley of Thomas, Thomas & Hafer, LLP.

2. On June 3, 2015, Matthew Ridley, Esquire, entered his appearance for PrimeCare Defendants (Doc. 44). At that time, Matthew Ridley was an associate with Johnson, Duffie, Stewart & Weidner.

3. Matthew Ridley resigned from the Johnson, Duffie, Stewart & Weidner firm in November, 2015 and is now employed with the law firm of Thomas, Thomas & Hafer, LLP.

4. On July 7, 2015, Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Third Circuit Court of Appeals (Doc. 52).

5. On November 23, 2015, the United States Court of Appeals for the Third Circuit issued an Order dismissing the appeal for lack of jurisdiction (Doc. 59).

6. On February 29, 2016, this Honorable Court issued an Order reopening this case (Doc. 66).

7. In reopening this case, the Clerk's Office entered Attorney Ridley's name, along with his new firm, into the Court's dockets.

8. Matthew Ridley no longer represents PrimeCare Defendants.

9. The undersigned counsel contacted Sean Callaghan, Esquire and Matthew Ridley, Esquire, who concur with the within request to terminate Mr. Ridley as counsel for PrimeCare Defendants.

**WHEREFORE**, John A. Lucy, Esquire and Johnson, Duffie, Stewart & Weidner respectfully request that the Court grant the within Motion and terminate Matthew Ridley as attorney for PrimeCare Defendants.

Respectfully submitted,

JOHNSON, DUFFIE, STEWART & WEIDNER

By: *s/ John A. Lucy*
John A. Lucy, Esquire
Attorney I.D. No. 203948
301 Market Street ~P. O. Box 109
Lemoyne, PA 17043-0109
Telephone (717) 761-4540
Email: jal@jdsw.com
Date: March 3, 2016    Attorney for Medical Defendants
763964

## CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of March, 2016, that the foregoing *DEFENDANTS, BRIAN LUFFEY AND PRIMECARE MEDICAL, INC.'S MOTION TO TERMINATE MATTHEW RIDLEY AS COUNSEL FOR PRIMECARE DEFENDANTS,* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry C. Cavanaugh, Esquire
Sean D. Callaghan, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
U.S. Steel Tower
600 Grant Street, Suite 2900
Pittsburgh, PA  15219
*Counsel for Defendant Susen Rossino, M.D.*

I hereby certify that the foregoing *DEFENDANTS, BRIAN LUFFEY AND PRIMECARE MEDICAL, INC.'S MOTION TO TERMINATE MATTHEW RIDLEY AS COUNSEL FOR PRIMECARE DEFENDANTS,* was electronically filed with the Clerk of Court using the CM/ECF system and that a copy of the foregoing document has been served on the following non-CM/ECF participant by depositing the same in the United States Mail, postage prepaid, in Lemoyne, Pennsylvania on March 3, 2016:

Shawn Thomas Moore (L29799)
**SPECIAL MAIL - OPEN ONLY IN PRESENCE OF THE INMATE**
SCI Pittsburgh
P.O. Box 99991
Pittsburgh, PA  15233

                                        JOHNSON, DUFFIE, STEWART & WEIDNER

                                        By:    *s/John A. Lucy*
                                                   John A. Lucy, Esquire
                                                   Attorney for Medical Defendants