IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN THOMAS MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-870 |
| | ) | Judge David Stewart Cercone/ |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| SUSEN ROSSINO, M.D. | ) | |
| | ) | Re:  ECF Nos. 107, 108 and 110 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Presently before the Court are three motions filed by Plaintiff Shawn Thomas Moore, all of which relate to an imminent deposition of Plaintiff by Defendant: (1) a Motion for Leave to Proceed In Forma Pauperis, ECF No. 107; (2) a Motion to Appoint Counsel for Plaintiff's Deposition, ECF No. 108; and (3) a Motion for a Protective Order, ECF No. 110.

In this Court's Third Case Management Order of May 31, 2016, the discovery deadline was set for September 1, 2016.  ECF No. 89.  The deposition of Plaintiff is scheduled for August 29, 2016.  The Court sees no reason to delay this case in order to grant Plaintiff's belated Motion to Appoint Counsel to represent him at this deposition.  Accordingly, the Motion to Appoint Counsel, ECF No. 108, is denied.

The Motion to Proceed In Forma Pauperis, ECF No. 107, in which Plaintiff seeks in forma pauperis status for the purpose of obtaining appointed counsel to represent him at the deposition, is denied as moot in light of the ruling on ECF No. 108.

Finally, in light of the representations made by Defendant's counsel as an officer of the Court in Defendant's Omnibus Reply to Plaintiff's Motions, the Court finds that Plaintiff's concerns set forth in his Motion for Protective Order, ECF No. 110, concerning the possibility of Defendant's inquiry at the deposition into the crime underlying Plaintiff's imprisonment, are unfounded. Accordingly, the Motion for Protective Order, ECF No. 110, is denied.

AND NOW, this 26th day of August, 2016, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Proceed In Forma Pauperis, ECF No. 107, is DENIED. IT IS FURTHER ORDERED that Plaintiff's Motion to Appoint Counsel for Plaintiff's Deposition, ECF No. 108, is DENIED. IT IS FURTHER ORDERED that Plaintiff's Motion for a Protective Order, ECF No. 110, is DENIED.

BY THE COURT:

/s/   Maureen P. Kelly
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     Shawn Thomas Moore
        LZ-9799
        SCI Pittsburgh
        P O Box 99991
        Pittsburgh, PA 15233

        All counsel of record via electronic case filing