Chief Magistrate
Maureen P. Kelly
U.S. District Court (W.D.)
700 Grant St.
Room 3110
Pittsburgh, PA 15219

RE: Moore v. Rossino
NO: 2:14-cv-00870-MPK-DSC

**FILED**

AUG 1 4 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Date: August 4, 2017

    I am writing this brief letter to make clear for the record that I wish to maintain my right to have this case assinged to a District Judge. I know previously that the case had been assinged to the honorable Judge David S. Cercone. I know there was some discussion with my attorney, Louis J. Kroeck, about having the Chief Magistrate handle the case without judge Cercone, to which I initially agreed.

    I am unsure what I have to gain or lose by maintaing the right to have a district judge preside over the case other than I may offend Cheif Magistrate Kelly, whom I have no intention of intentionally offending as I'm quite sure she is a very capable. For those reasons I wish to maintain the right to have a district judge preside over the case.

                                       Sincerely,

                                       */s/ Shawn Moore*
Shawn Moore #LZ-9799
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866